**JOHNSON v. BOARD OF TR. OF DURHAM TECHNICAL CMTY. COLL.**

[357 N.C. 570 (2003)]

SUSAN F. JOHNSON v. BOARD OF TRUSTEES OF DURHAM TECHNICAL
COMMUNITY COLLEGE

No. 236PA03

(Filed 7 November 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 157 N.C. App. 38, 577 S.E.2d 670 (2003), reversing and remanding a memorandum of decision and judgment entered by Judge Howard E. Manning, Jr., on 12 September 2001 in Superior Court, Durham County. Heard in the Supreme Court 14 October 2003.

*Glenn, Mills & Fisher, P.A., by Stewart W. Fisher, for plaintiff-appellee.*

*Haywood, Denny & Miller, L.L.P., by George W. Miller, III, and George W. Miller, Jr., for defendant-appellant.*

*North Carolina Academy of Trial Lawyers and the American Civil Liberties Union of North Carolina Legal Foundation, Inc., by Lynn Fontana, Counsel; and American Civil Liberties Union of North Carolina Legal Foundation, Inc., by Seth H. Jaffe, Counsel, amici curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.